UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 AUG 29 PM 3: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

LESTER CARPENTER REED,         )
                               )
        Plaintiff,             )
                               )
vs.                            )    CV-00-S-2621-NE
                               )
COMMISSIONER MIKE HALEY, et.al.,)
                               )
        Defendants.            )

ENTERED
AUG 29 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Document #24) on March 11, 2002, recommending that the motions for summary judgment and requests for qualified immunity by defendants Linton, Dobbs and Cook regarding the lack of psychiatric services to inmates and the plaintiff's psychiatric medication be DENIED. The magistrate judge further recommended that the motions for summary judgment filed by defendants Haley, Hooks, Wise, Mullins, Williams, Linton, Dobbs, and Cook regarding all other claims be GRANTED. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. After being granted an extension of time, the plaintiff filed objections (Document #30) to the report and recommendation on May 3, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are genuine issues of material fact with regard to plaintiff's claims against defendants Linton, Dobbs and Cook concerning

the lack of psychiatric services to inmates and failure to provide the plaintiff's psychiatric medication. The Court also EXPRESSLY FINDS that there are no genuine issues of material fact with regard to all other claims against defendants Haley, Hooks, Wise, Mullins, Williams, Linton, Dobbs, and Cook, and that defendants Haley, Hooks, Wise, Mullins, Williams, Linton, Dobbs, and Cook are entitled to judgment as a matter of law concerning same.

Therefore, the motions for summary judgment and requests for qualified immunity by defendants Linton, Dobbs and Cook regarding the lack of psychiatric services to inmates and failure to provide the plaintiff's psychiatric medication are due be DENIED. Further, the motions for summary judgment filed by defendants Haley, Hooks, Wise, Mullins, Williams, Linton, Dobbs, and Cook regarding all other claims are due to be GRANTED, and these claims are due to be DISMISSED WITH PREJUDICE.

Finally, the plaintiff has filed a "Motion to Start Litigation" (Document #31). In said motion, plaintiff correctly asserts that on April 16, 2002, the magistrate judge granted the defendants' motion to stay this action (Document #29) due to the liquidation of their insurance carrier. The defendants were "afforded thirty (30) days from the entry date of th[e] order to make specific, detailed inquiries of the guaranty associations, and to report the information derived from the associations as well as the status of their involvement in this action to the court." The defendants have failed to respond to the magistrate judge's order. Accordingly, the plaintiff's motion to lift the stay (Document #31) is due to be GRANTED.

Accordingly, the claims against defendants Linton, Dobbs and Cook for lack of psychiatric services to inmates and failure to provide the plaintiff's psychiatric medication are due be REFERRED to magistrate judge Paul W. Greene for further proceedings consistent herewith.

An appropriate order will be entered.

DATED this _29th_ day of _August_, 2002.

_____
UNITED STATES DISTRICT JUDGE