IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESTER CARPENTER REED, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-S-2621-NE |
| LARRY LINTON, HARRIS DOBBS, JENNIFER COOK, | ) |
| Defendants. | ) |

FILED 03 FEB 14 PM 3:0
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 14 2003
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on January 22, 2003, recommending that the defendants' motion for summary judgment be granted. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 14th day of February, 2003.

_____
UNITED STATES DISTRICT JUDGE